

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-17-2003

# USA v. Washington

Precedential or Non-Precedential: Non-Precedential

Docket 02-2304

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Washington" (2003). *2003 Decisions.* Paper 645.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/645

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————————

No. 02-2304

————————

UNITED STATES OF AMERICA

v.

RAIFREAN WASHINGTON
a/k/a
RAY

Raifrean Washington,

Appellant

—————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(D.C. No. 00-cr-00024-1)
District Court Judge: Hon. Ronald L. Buckwalter

—————————————

Submitted under Third Circuit LAR 34.1(a)
April 7, 2003

Before: ALITO, FUENTES, and GREENBERG, Circuit Judges

(Opinion Filed: April 17, 2003)

—————————————

OPINION OF THE COURT

—————————————

PER CURIAM:

This is an appeal from a judgment in a criminal case. The defendant, Raifrean Washington, pled guilty to a drug-related conspiracy and three other offenses.

The defendant's attorney has submitted a brief pursuant to Anders v. California, 386 U.S. 738 (1967), and has requested leave to withdraw. We have considered counsel's brief and made an independent examination of the record, and we are satisfied that there are no non-frivolous issues to be raised on appeal. As noted, the defendant pled guilty. He also stipulated to all relevant facts and issues regarding sentencing and cooperated with the government. The government abided by the terms of the plea agreement in moving for a downward departure at sentencing, and the District Court granted that motion and departed substantially below the agreed guidelines range.

Finding no non-frivolous issues that could be raised on appeal, we grant counsel's motion to withdraw and affirm the judgment of the District Court.